

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00238-CV

IN RE: THE COMMITMENT OF JESUS JESSE GONZALEZ

§ On Appeal from the 89th District Court

§ of Wichita County (DC89-CV2019-0817)

§ April 21, 2022

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the civil-commitment order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
    Justice Dabney Bassel